Scott D. Levensten
The Levensten Law Firm, P.C.
1420 Walnut Street, Suite 801
Philadelphia, PA 19102
(215) 545-5600 Phone
(215) 545-5156 Fax
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Deborah Devine, individually, Shirley Callis, individually, Vincent Jackson, individually, George L. Carter and Edward C. Jones as Administrators for the Estate of Bernice C. Jones, individually and Edward C. Jones, individually v. Pfizer, Inc., Pharmacia Corp., and G.D. Searle, LLC (fka G.D. Searle & Co.) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| This Document Relates To:<br><br>Deborah Devine v. Pfizer Inc.<br>07-CV-02035 | |

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: December 30, 2009   By: _____

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42626994 1

1

2    The Levensten Law Firm, P.C.
     1420 Walnut Street, Suite 801
3    Philadelphia, PA 19102
     (215) 545-5600 Phone
     (215) 545-5156 Fax
4
     *Attorneys for Plaintiffs*
5

6    DATED:  Jan. 26, 2010    By: _____

7

8    **DLA PIPER LLP (US)**
     1251 Avenue of the Americas
9    New York, New York 10020
     Telephone: 212-335-4500
     Facsimile: 212-335-4501
10
     *Defendants' Liaison Counsel*
11

12

13   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

14

15   Dated FEB 2 2 2010

16                          Hon. Charles R. Breyer
                            United States District Court
17

18

19

20

21

22

23

24

25

26

27

28

-2-